IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HERNANDEZ DANIELS,

    Petitioner,

v.                                             4:20cv578–WS/HTC

RICKY D. DIXON,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 17) docketed February 2, 2023. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be DENIED. Petitioner has filed objections (ECF No. 23) to the report and recommendation.

Upon review of the record in light of Petitioner's objections, the court has determined that the magistrate judge's report and recommendation is due to be adopted. Like the magistrate judge, the undersigned finds that Petitioner has failed to demonstrate that he is entitled to relief under 28 U.S.C. § 2254.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 17) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's petition for writ of habeas corpus (ECF No. 1), challenging his conviction in *State v. Daniels*, 2005–CF–844, in Gadsden County, Florida, is DENIED.

3. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is DENIED."

4. A certificate of appealability is DENIED.

DONE AND ORDERED this __20th__ day of __April__, 2023.

          s/ William Stafford
          WILLIAM STAFFORD
          SENIOR UNITED STATES DISTRICT JUDGE.